IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EARNEST GRIGSBY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. CIV-25-935-SLP |
| MYSTIK SERVICES, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

Upon review of the Notice of Removal [Doc. No. 1] and Defendants' disclosure statements [Doc. Nos. 6, 7], the Court finds the existing record is insufficient to support the existence of federal subject matter jurisdiction based on diversity of citizenship.[1] First, Mystik Services, LLC (Mystik) fails to allege the citizenship of all its members. *See Choice Hospice, Inc. v. Axxess Tech. Sols., Inc.*, 125 F.4th 1000, 1008 (10th Cir. 2025) ("The citizenship of an unincorporated entity—like an LLC—is derived from the citizenship of all the entity's members."); *Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, 781 F.3d 1233, 1234 (10th Cir. 2015). Second, Defendants allege in their Notice of Removal that Plaintiff Earnest Grigsby and Defendant Michael Lewis are "resident[s]" of the states of Texas and Louisiana, respectively, but "[a]n individual's residence is not equivalent to his domicile and it is domicile that is relevant for determining citizenship."

---

[1] "[F]ederal courts unquestionably 'have an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party.'" *Havens v. Colo. Dep't of Corr.*, 897 F.3d 1250, 1260 (10th Cir. 2018) (quoting *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006)).

*Siloam Springs Hotel*, 781 F.3d at 1238. Therefore, Defendants have failed to carry their burden, as the parties invoking federal jurisdiction, to establish the existence of complete diversity of citizenship between the parties.

IT IS THEREFORE ORDERED that Defendants shall file an amended notice of removal demonstrating the existence of subject matter jurisdiction based on diversity of citizenship within fourteen (14) days of the date of this Order.[2] Failure to comply with this order may result in remand of this action to state court.

IT IS SO ORDERED this 30th day of September, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[2] If necessary, Defendants may allege the citizenship of Plaintiff based on information and belief.